UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MILES BARTLETT,<br><br>        Plaintiff,<br><br>-against-<br><br>TRIBECA LENDING CORP; FRANKLIN MORTGAGE ASSET TRUST 2009A,<br><br>        Defendants. | 1:21-CV-9116 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued November 23, 2021, dismissing this action without prejudice,

  IT IS ORDERED, ADJUDGED, AND DECREED that under the January 29, 2016 order in *Bartlett v. Tribeca Lending Corp.*, ECF 1:15-CV-6102, 11 (S.D.N.Y. Jan. 29, 2016), this action is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated: November 23, 2021
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge